```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     UNITED STATES OF AMERICA

                    Plaintiff(s)

          -vs-                                04-CR-6091

     JANICE THOMAS

                    Defendant(s)

_____
```

      The above case is transferred from Hon. Michael A. Telesca to Hon. David G. Larimer.

      SO ORDERED.

```
                              S/ MICHAEL A. TELESCA
                              MICHAEL A. TELESCA
                              United States District Judge

Dated:  Rochester, New York
        November 6, 2006
```